NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ILLUMINA, INC.,**
*Plaintiff-Appellant,*

v.

**AFFYMETRIX, INC.,**
*Defendant-Appellee.*

---

2011-1145, -1146

---

Appeals from the United States District Court for the Western District of Wisconsin in consolidated case nos. 09-CV-0277 and 09-CV-0665, Senior Judge Barbara B. Crabb.

---

## ON MOTION

---

## ORDER

Illumina, Inc. moves for leave to seek correction of the judgments in these consolidated cases pursuant to Federal Rule of Civil Procedure 60(a).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAR 1 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeffrey N. Costakos, Esq.
Ron E. Shulman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK